IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC BELISARI,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA HOUSING ADMINISTRATION;<br>TWO JOHN DOES AND TWO JANE DOES,<br><br>Defendants. | CIVIL ACTION NO. 19-2386 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Dominic Belisari seeks to voluntarily dismiss this action with prejudice. Accordingly, Mr. Belisari, by and through his undersigned counsel, and Defendant Philadelphia Housing Authority (misnamed Philadelphia Housing Administration), by and through its undersigned counsel, hereby stipulate and agree that this action shall be **DISMISSED WITH PREJUDICE** in its entirety, with the parties each bearing their own costs and attorneys' fees incurred in this action.

LAW OFFICES OF BRIAN PURICELLI

_____
Brian Puricelli, Esquire
2721 Pickertown Road
Warrington, PA 18976
(215) 504-8115
*Attorney for Plaintiff Dominic Belisari*

DILWORTH PAXSON LLP

_____
Jennifer Platzkere Snyder, Esquire
Margaret Spitzer Persico, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
(215) 575-7015
(215) 575-7200 (fax)
*Attorney for Defendant
Philadelphia Housing Authority*

IT IS SO ORDERED:

_____
Baylson, J

121327478_1